No. 04-00-00501-CR


Bobby Neal JOHNSON,


Appellant



v.



The STATE of Texas,


Appellee



From the 144th Judicial District Court, Bexar County, Texas


Trial Court No. 99-CR-5443-W


Honorable Mark Luitjen, Judge Presiding



Opinion by: Alma L. López, Justice


Sitting: Tom Rickhoff, Justice

 Alma L. López, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: July 25, 2001


APPEAL DISMISSED

 Appellant complains that he was not properly admonished concerning the consequences of
a plea of true during the hearing which led to revocation of his deferred adjudication probation and
adjudication of guilt. This issue is not appealable and the appeal is therefore dismissed for want of
jurisdiction. See Tex. Code Crim. Proc. Ann. art. 42.12 § 5(b)(Vernon Supp. 2001); Connolly v.

State, 983 S.W.2d 738, 741 (Tex. Crim. App. 1999).

 Alma L. López, Justice

Do Not Publish